IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERYL SAREZKY | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 311CV199JBA |
| I. C. SYSTEM, INC., | ) DEMAND FOR JURY TRIAL |
| Defendant. | ) January 27, 2010 |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

SHERYL SAREZKY (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against I. C. SYSTEM, INC., (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Connecticut, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Fairfield, Connecticut.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection company with its headquarters in St. Paul, Minnesota.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant called Plaintiff on an almost daily basis, multiple times per day, for a period of weeks.

12. Defendant generally called Plaintiff one to two times per day including Saturdays and has called Plaintiff up to three times in a single day.

13. Defendant called from its phone numbers 603-414-1949 and 208-515-7489.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt; and

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CONNECTICUT

Plaintiff, SHERYL SAREZKY, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SHERYL SAREZKY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

12-31-10
Date

*Sheryl Sarezky*
SHERYL SAREZKY

[BY FAX]

harass Plaintiff.

WHEREFORE, Plaintiff, SHERYL SAREZKY, respectfully requests judgment be entered against Defendant, I. C. SYSTEM, INC., for the following:

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

17. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: January 27, 2011      By:/s/Jonathan Cohen
Jonathan G. Cohen, Esquire
2 Congress St., Hartford, CT 06114
Tel: 860 527 8900
Fax: 860 527 8901
CT Juris #: 410275
jgcohen@yahoo.com
Attorney for Plaintiff

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SHERYL SAREZKY, demands a jury trial in this case.